IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD McINVALE, JR., )<br>)<br>    Petitioner,    )<br>)<br>    v.    )<br>)<br>JIMMY THOMAS, et al.,    )<br>)<br>    Respondents.    ) | )<br>)<br>)<br>)<br>CIVIL ACTION NO.<br>3:20cv726-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 20) is adopted.

(2) The 28 U.S.C. § 2254 petition for a writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of May, 2023.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE